| U.S. Department of Justice | PROCESS RECEIPT AND RETURN |
|---|---|
| United States Marshals Service | See "Instructions for Service of Process by U.S. Marshal" |

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| JOHN ERIN BINNS | 20-cv-02547-CJN |
| DEFENDANT | TYPE OF PROCESS |
| FEDERAL BUREAU OF INVESTIGATION et al | Summons & Complaint |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
UNITED STATES DEPARTMENT OF JUSTICE
ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
950 Pennsylvania Ave. NW Washington, DC 20001

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

JOHN ERIN BINNS
1775/4 Sk No 3.1 D3
Karsiyaka
Turkey

Number of process to be served with this Form 285: 2
Number of parties to be served in this case: 4
Check for service on U.S.A.

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):

Signature of Attorney other Originator requesting service on behalf of:  ☒ PLAINTIFF   ☐ DEFENDANT
/s/ Simone Bledsoe
TELEPHONE NUMBER: (202) 354-3120
DATE: 10/22/2020

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE**

I acknowledge receipt for the total number of process indicated. (Sign only for USM 285 if more than one USM 285 is submitted)
Total Process: 2/4
District of Origin No.: N6
District to Serve No.: N16
Signature of Authorized USMS Deputy or Clerk
Date: 10/23/20

I hereby certify and return that I ☒ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

Name and title of individual served (if not shown above): DAVID BURROUGHS REB MANAGER
Date: 11/5/2020   Time: 12:00 ☒ pm
Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) |
|---|---|---|---|---|---|
| 65 | | | 65 | | |

REMARKS

RECEIVED OCT 23 '20
U.S. MARSHAL-DC AM 8:33

RECEIVED
NOV 10 2020
Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

PRIOR VERSIONS OF THIS FORM ARE OBSOLETE

Form USM-285
Rev. 11/18

FOIA Summons (1/13) (Page 2)

Civil Action No. 20-cv-02547-CJN

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* __US Attorney__
was received by me on *(date)* __10/23/2020__

☐ I personally served the summons on the individual at *(place)*
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* __David Burrough__, who is
designated by law to accept service of process on behalf of *(name of organization)* __US Attorney__
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $ __0.00__.

I declare under penalty of perjury that this information is true.

Date: __11/5/2020__

_____
Server's signature

__David Pritchard DUSM__
Printed name and title

U.S. Marshals Service
U.S. Courthouse
333 Constitution Ave., N.W.
Washington, D.C. 20001

Additional information regarding attempted service, etc:

| U.S. Department of Justice<br>United States Marshals Service | PROCESS RECEIPT AND RETURN<br>See "Instructions for Service of Process by U.S. Marshal" |
|---|---|

| PLAINTIFF<br>JOHN ERIN BINNS | COURT CASE NUMBER<br>20-cv-02547-CJN |
|---|---|
| DEFENDANT<br>FEDERAL BUREAU OF INVESTIGATION et al | TYPE OF PROCESS<br>Summons & Complaint |

| SERVE AT | NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN |
|---|---|
| | U.S. ATTORNEY GENERAL |
| | ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)<br>950 Pennsylvania Ave. NW Washington, DC 20530 |

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

JOHN ERIN BINNS
1775/4 Sk No 3.1 D3
Karsiyaka
Turkey

Number of process to be served with this Form 285: 4
Number of parties to be served in this case: 4
Check for service on U.S.A.

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):

Signature of Attorney other Originator requesting service on behalf of: ☒ PLAINTIFF  ☐ DEFENDANT
/s/ Simone Bledsoe
TELEPHONE NUMBER: (202) 354-3120
DATE: 10/22/2020

SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE

I acknowledge receipt for the total number of process indicated.
Total Process: 4/4
District of Origin No.: X16
District to Serve No.: N1
Signature of Authorized USMS Deputy or Clerk
Date: 6/23/20

☒ I hereby certify and return that I have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

Name and title of individual served (if not shown above): DAVID BURROUGHS R.E. MANAGER
Date: 11/5/20
Time: 1200 pm

Service Fee: 65
Total Charges: 65

REMARKS

**RECEIVED**
NOV 10 2020
Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

RECEIVED OCT 23 '20
U.S. MARSHAL-DC AM9:33

PRIOR VERSIONS OF THIS FORM ARE OBSOLETE

Form USM-285
Rev. 11/18

FOIA Summons (1/13) (Page 2)

Civil Action No. 20-cv-02547-CJN

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* __US Attorney__
was received by me on *(date)* __10/23/2020__

☐ I personally served the summons on the individual at *(place)*
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* __David Burrough__ , who is
designated by law to accept service of process on behalf of *(name of organization)* __US Attorney__
on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ __0.00__ .

I declare under penalty of perjury that this information is true.

Date: __11/5/2020__

_____
Server's signature

__David Pritchard DUSM__
Printed name and title

U.S. Marshals Service
U.S. Courthouse
333 Constitution Ave., N.W.
Washington, D.C. 20001

Additional information regarding attempted service, etc: