UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOHN ERIN BINNS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 20-2547 (CJN) |
| | ) |
| FEDERAL BUREAU OF INVESTIGATION, *et al.*, | ) |
| | ) |
| Defendants. | ) |

**ANSWER**

Defendants Federal Bureau of Investigation ("FBI") and Department of Justice (collectively, "Defendants"), by and through undersigned counsel, respectfully submit this Answer to the Amended Complaint (ECF No. 6) filed by Plaintiff John Erin Binns ("Plaintiff") on October 29, 2020.[1] All allegations not specifically admitted are denied.

1. This paragraph contains Plaintiff's characterization of this action, to which no response is required. To the extent a response is required, Defendants admit that Plaintiff purports to bring this action under the Freedom of Information Act ("FOIA") and deny all remaining allegations in this paragraph.

---

[1] Federal Rule of Civil Procedure 15(a) permits a party to file an amended complaint as a matter of course (1) within "21 days after serving it, [(2)] or [i]f the pleading is one to which a responsive pleading is required, 21 days after service of a responsive pleading or 21 days after service of a motion under Rule 12(b), (e), or (f), whichever is earlier." Fed. R. Civ. P. 15(a)(1)(A)-(B). Plaintiff failed to satisfy either of the referenced provisions and failed to obtain Defendants' written consent or leave of court prior to filing the Amended Complaint. *See* Fed. R. Civ. P. 15(a)(2). Nevertheless, Defendants consent to the filing of the Amended Complaint for judicial efficiency and to clarify the docket.

## JURISDICTION AND VENUE[2]

2. This paragraph consists of conclusions of law to which no response is required. To the extent a response is required, Defendants admit that the Court has jurisdiction over this matter subject to the terms and limitations of FOIA and that venue is proper in this judicial district.

## PARTIES

3. Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph.

4. Defendants admit that the Department of Justice is an agency within the meaning of 5 U.S.C. § 552(f). Defendants deny the remaining allegations in this paragraph.

## FACTS

5. Defendants admit that Plaintiff submitted a FOIA request on July 14, 2020 and that the FBI assigned the request tracking number 1470765-000. The remaining allegations in this paragraph refer to Plaintiff's FOIA request, which speaks for itself. To the extent a response is required, Defendants respectfully refer the Court to Plaintiff's July 14, 2020 FOIA request for a true and accurate statement of its contents and deny any allegations inconsistent therewith.

6. Defendants admit the allegations in the first sentence of this paragraph. Defendants deny the allegations in the second sentence of this paragraph.

7. Defendants admit the allegations in this paragraph.

8. The first sentence in this paragraph consists of conclusions of law to which no response is required. To the extent a response is required, Defendants deny the allegations in the

---

[2] For ease of reference, this Answer replicates the headings contained in the Amended Complaint. Although Defendants believe that no response is required to such headings, to the extent a response is deemed required and to the extent those headings and titles could be construed to contain factual allegations, those allegations are denied.

first sentence of this paragraph to the extent they are inconsistent with the requirements of FOIA. Defendants admit that more than 20 days have passed since Plaintiff submitted an appeal and deny the remaining allegations in this paragraph.

9. Defendants admit that Plaintiff submitted a FOIA request dated September 27, 2020. The remaining allegations in this paragraph refer to that FOIA request, which speaks for itself. To the extent are response is required, Defendants respectfully refer the Court to Plaintiff's FOIA request dated September 27, 2020 for a true and accurate statement of its contents and deny any allegations inconsistent therewith.

10. Defendants admit the allegations in this paragraph.

11. Defendants admit the allegations in this paragraph.

12. This paragraph consists of conclusions of law to which not response is required. To the extent a response is required, Defendants deny the allegations in this paragraph.

### COUNT I (Violation of FOIA – 5 U.S.C. § 552)

13. Defendants incorporate by reference their responses set forth above.

14. This paragraph consists of conclusions of law to which no response is required. To the extent a response is required, Defendants admit that Plaintiff has constructively exhausted his administrative remedies.

15. Defendants deny the allegations in this paragraph.

### PRAYER FOR RELIEF

The allegations in paragraphs (1) through (4) following the section of Plaintiff's Amended Complaint titled "Prayer for Relief" constitute Plaintiff's prayer for relief to which no response is required. To the extent a response is deemed required, Defendants deny that Plaintiff is entitled to the relief requested or to any relief whatsoever.

## DEFENSES

In further response to the Amended Complaint, Defendants raise the following defenses. Defendants respectfully request and reserve the right to amend, alter, and supplement the defenses contained in this Answer as the facts and circumstances giving rise to the Amended Complaint become known to Defendants throughout the course of this litigation.

### First Defense

The Court lacks subject matter jurisdiction over Plaintiff's requests for relief that exceed the relief authorized under FOIA, 5 U.S.C. § 552.

### Second Defense

Plaintiff cannot compel the release of records subject to one or more FOIA exemptions.

Dated: December 23, 2020
       Washington, DC

                         Respectfully submitted,

                         MICHAEL R. SHERWIN
                         Acting United States Attorney

                         DANIEL F. VAN HORN, D.C. Bar #924092
                         Chief, Civil Division

                         By:       /s/ *Michael A. Tilghman II*
                         MICHAEL A. TILGHMAN II
                         D.C. Bar #988441
                         Assistant United States Attorney
                         555 Fourth Street, N.W.
                         Washington, D.C. 20530
                         (202) 252-7113
                         Michael.Tilghman@usdoj.gov

                         *Attorneys for the United States of America*

- 5 -

## **CERTIFICATE OF SERVICE**

      I hereby certify that on the 23rd day of December 2020, I will cause a true and correct copy of the foregoing to be sent by email and First Class Mail, postage paid, to:

      John Erin Binns
      1775/4 Sk No 3/1
      Karsiyaka, Izmir
      35580
      Turkey
      binnsjohn84@gmail.com

      */s/ Michael A. Tilghman II*
      Michael A. Tilghman II
      Assistant United States Attorney
      U.S. Attorney's Office for the District of Columbia