UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOHN ERIN BINNS,<br><br>        Plaintiff,<br><br>    v.<br><br>FEDERAL BUREAU OF INVESTIGATION, *et al.*,<br><br>        Defendants. | Civil Action No. 20-2547 (CJN) |

## JOINT STATUS REPORT

Pursuant to this Court's May 13, 2021 Minute Order, Defendants Federal Bureau of Investigation ("FBI") and Department of Justice (collectively, "Defendants"), by and through their undersigned counsel, and *pro se* Plaintiff John Erin Binns ("Plaintiff"), respectfully submit this Joint Status Report to apprise the Court of the status of this Freedom of Information Act case.

By Minute Order dated August 10, 2021, the Court granted Defendants' request for the FBI to determine whether responsive records are exempt from disclosure under 5 U.S.C. § 552(b)(7)(A) by June 9, 2023, without foreclosing its ability to assert other exemptions at a later date. The FBI's Exemption 7(A) review includes locating any publicly available information and releasing such information to Plaintiff. At this time, no public information has been located during the FBI's review. The FBI remains on pace to complete its Exemption 7(A) review by June 9, 2023.

Consistent with the Court's May 13, 2021 Minute Order, the parties will submit another joint status report by February 7, 2022.

- 2 -

Respectfully submitted,

| | |
|---|---|
| */s/ John Erin Binns* <br> JOHN ERIN BINNS <br> 1775/4 Sk No 3/1 <br> Karsiyaka, Izmir <br> 35580 <br> Turkey <br> binnsjohn84@gmail.com <br> *+905488575356* <br><br> *Pro Se Plaintiff* | MATTHEW M. GRAVES, D.C. Bar #481052 <br> United States Attorney <br><br> BRIAN P. HUDAK <br> Acting Chief, Civil Division <br><br> By:   /s/ Michael A. Tilghman II <br>         MICHAEL A. TILGHMAN II <br>         D.C. Bar #988441 <br>         Assistant United States Attorney <br>         U.S. Attorney's Office, Civil Division <br>         555 Fourth Street, NW <br>         Washington, DC 20530 <br>         (202) 252-7113 <br>         Michael.Tilghman@usdoj.gov <br><br> *Attorneys for the United States of America* |

Dated: November 8, 2021